UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KERRIE J. WALKER-RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00332-RLY-MJD |
| | ) | |
| TERRANCE DENSON, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Pursuant to the court's Entry issued this day, the court now enters final judgment in favor of Plaintiff, Kerrie J. Walker-Riley, and against Defendant, Terrance Denson.

**SO ORDERED** this 26th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Distributed via U.S. Mail:

Terrance Denson
317 Gimber Ct.
Indianapolis, IN 46225